IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHANTAVIA HART,<br> *Plaintiff,*<br><br>  v.<br><br>PACIFIC REHAB OF MARYLAND,<br>P.A., et al.,<br> *Defendants*. | Civil Action No.: ELH-12-2608 |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 13th day of September, 2013, by the United States District Court for the District of Maryland, ORDERED:

The motions to dismiss filed by defendants A.J. Kodeck, Chartered (ECF 19); Fradkin & Weber, P.A. (ECF 20); and Pacific Rehab of Maryland, P.A. (ECF 21), are GRANTED, as follows:

1. The motions are granted as to Count I, with prejudice.

2. Plaintiff's claims under Maryland law, set forth in Counts II and III, are dismissed, without prejudice to plaintiff's right to pursue such claims in State court.

3. Plaintiff's Motion for Class Certification (ECF 26) is DENIED, without prejudice.

4. The Clerk is directed to CLOSE the case.

             /s/
             Ellen Lipton Hollander
             United States District Judge